# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:10 CV 95

| | |
|---|---|
| WILLIAM NORKUNAS, Individually, | ) |
| Plaintiff | ) |
| V | ) **ORDER** |
| HP HOSPITALITY, LLC, A Limited Liability Company, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Sabrina Winters' Application for Admission to Practice *Pro Hac Vice* of Pete M. Monismith. It appearing that Pete M. Monismith is a member in good standing with the Pennsylvania Bar and will be appearing with Sabrina Winters, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sabrina Winters' Application for Admission to Practice *Pro Hac Vice* (#2) of Pete M. Monismith is **GRANTED**, and that Pete M. Monismith is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sabrina Winters.

Signed: May 10, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge