# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv95

| | |
|---|---|
| WILLIAM NORKUNAS,             ) | |
|         **Plaintiff,**          ) | |
| Vs.                           ) | **ORDER** |
| HP HOSPITALITY, LLC, a Limited ) Liability Company,             ) | |
|         **Defendant.**          ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Extend Expert Reports for Thirty Days. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Extend Expert Reports for Thirty Days (#16) is **GRANTED,** and plaintiff's expert reports are due December 1, 2010, and defendant's expert reports are due January 1, 2011.

Signed: October 4, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge